
FILED
2024 Mar-21  AM 09:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SEAN WATTSON;** *et al.*, **individually and on behalf of the class,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **Case No.: 2:21-cv-649-AMM** |
| **TOWN OF BROOKSIDE, ALABAMA,** | ) ) ) | |
| **Defendant.** | ) | |

| | | |
|---|---|---|
| **COREY THOMAS;** *et al.*, **on behalf of himself and those similarly situated,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | **Case No.: 2:22-cv-157-AMM** |
| **TOWN OF BROOKSIDE, ALABAMA;** *et al.*, | ) ) ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

This case is before the court on a Motion to Sever Claim and to Withdraw,

Doc. 52, filed by Plaintiff Sean Wattson's counsel in *Wattson v. Town of Brookside*.

The motion to withdraw as Mr. Wattson's counsel is **GRANTED**. Mr. Wattson has

SIXTY (60) days to secure new counsel. The court **RESERVES** ruling on the motion to sever Mr. Wattson's claims from the other plaintiffs in this case.

**DONE** and **ORDERED** this 20th day of March, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE